UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPEEDLINE TECHNOLOGIES, INC., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NORDSON CORPORATION, )<br>    Defendant. ) | C.A. No. 00-11544-NG |

GERTNER, D.J.

## ORDER to PRESERVE EVIDENCE

Defendant has moved this Court for an emergency order to preserve two machines covered by the patent in suit that were manufactured and sold by defendant Nordson Corporation ("Nordson") through its wholly-owned subsidiary, Asymptotic Technologies, Inc. ("Asymtek"). Nordson has submitted declarations indicating that inspection of these machines is necessary to resolve some factual disputes in this case. Further, the Nordson declarations allege that Speedline may have attempted to dispose of or otherwise alter the machines. Accordingly, I hereby **ORDER** plaintiff Speedline to retain and preserve in their current state the Asymtek Millennium® M-600 Series in-line dispensing systems, serial number 9609 and 9610, and all documents related thereto, until defendant Nordson is permitted, pursuant to Fed. R. Civ. P. 34, to inspect the systems and obtain copies of the documents.

SO ORDERED.

Dated: October 31, 2000

                                                    NANCY GERTNER, U.S.D.J.